**Burmey Paul WARD; Marcella Duncan Ward, Plaintiffs— Appellants,**

v.

**HORACE MANN INSURANCE COMPANY, Defendant— Appellee.**

**No. 09–1096.**

United States Court of Appeals, Fourth Circuit.

Submitted: June 18, 2009.

Decided: June 22, 2009.

Burmey Paul Ward, Marcella Duncan Ward, Appellants Pro Se. J. Thomas Cox, Jr., Cox & Tillery, PA, Wilmington, North Carolina, for Appellee.

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Plaintiffs appeal the district court's order granting the Defendant's summary judgment motion on their action for breach of contract under their homeowners' insurance policy. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ward v. Horace Mann Ins. Co.,* No. 4:07–cv–00076–F, 2008 WL

4933961 (E.D.N.C. Nov. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*